UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUBEN R. CRAIG, III,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 23-cv-3608 |
| : | |
| **LAUREL HARRY,** *et al.*, : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 11th day of March, 2025, upon consideration of (1) the Motion to Dismiss of Defendants Chaplain Comick, Chaplain Lateef, Cora Cloniger, DO I Grinnin, CO I Hamilton, CO I Rudolph, CO II Emminger, CO II Rodriguez, CO III Beatty, CO III Judge, CO III Palmerchuck, CO III Valdez, CO III Wanamaker, CO IV White, Phillip Ephraim, Laurel Harry, Charles Hensley, Kathy Long, David Medina, David Muick, Gary Olinger, Mandy Sipple, Smith, Joseph Terra, and Rafael Torres (ECF No. 32); (2) the Motion to Dismiss of Defendant David Dunn Bauer (ECF No. 34); (3) the Responses of Ruben R. Craig, III (ECF Nos. 48, 51); (4) Craig's Motion to Amend Complaint (ECF No. 56); (5) Bauer's Motion on Presentation of Materials Pertinent to Claim Exhaustion (ECF No. 59); and (6) Defendants' Responses to the Court's Order (ECF Nos. 54, 55, 60), it is **ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to add "CO Green" and "Taylor" as named Defendants.

2. The Defendants' Motions to Dismiss (ECF Nos. 32, 34) are **GRANTED**.

3. Craig's Motion to Amend Complaint (ECF No. 56) is **DENIED**.

4. Bauer's Motion on Presentation of Materials Pertinent to Claim Exhaustion (ECF No. 59) is **GRANTED**.

5.   The case is **DISMISSED WITH PREJUDICE**.

6.   The Clerk of Court is directed to **CLOSE** the case.

                                  **BY THE COURT:**

                             */s/ Joseph F. Leeson, Jr.*
                             **JOSEPH F. LEESON, JR.**
                             **United States District Judge**